UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BOSTON TAYLOR II, a minor,
by his next friend, PEARLEAN TAYLOR,

    Plaintiff,                                               No. 06-CV-12450

v.

                                                          Hon. John Corbett O'Meara

JACKSON POLICE OFFICER LARRY JACOBSON,
*et al.*,

    Defendants.

_____/

## ORDER OF DISMISSAL AS TO COUNTS II, III, AND IV

On June 1, 2006, Plaintiff filed his complaint, which sets forth four counts: Count I, violations of Fourth and Fourteenth Amendment rights brought under 42 U.S.C. § 1983; Count II, gross negligence; Count III, assault and battery; and Count IV, intentional infliction of emotional distress.

Count I of Plaintiff's complaint is cognizable in this court pursuant to 28 U.S.C. § 1331. Counts II, III, and IV, however, arise under state law. Pursuant to 28 U.S.C. § 1367(c), a district court may decline to exercise supplemental jurisdiction over state law claims raised in federal question cases. See United Mine Workers v. Gibbs, 383 U.S. 715 (1966); Padilla v. City of Saginaw, 867 F. Supp. 1309 (E.D. Mich. 1994). Because Plaintiff does not assert diversity jurisdiction under 28 U.S.C. § 1332, this court declines to exercise supplemental jurisdiction over Counts II, III, and IV.

Accordingly, it is hereby **ORDERED** that Counts II, III, and IV of Plaintiff's Complaint are **DISMISSED**.

|  |  |
|---|---|
| Date: August 01, 2006 | s/John Corbett O'Meara<br>United States District Judge |

Certificate of Service

I hereby certify that a copy of this Order was served upon the attorneys of record by electronic means on August 01, 2006.

                                                                             s/William J. Barkholz<br>
                                                                             Courtroom Deputy Clerk